UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 19-059 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| KYLE DOUGLAS ALVERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:     Violation of Pretrial Release

<u>Date of Detention Hearing</u>:    February 7, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was charged in the District of Montana with Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; Distribution of Methamphetamine;

DETENTION ORDER
PAGE -1

Possession with Intent to Distribute Methamphetamine; and Possession of a Firearm in Furtherance of a Drug Trafficking Crime. Defendant was released on an appearance bond with a condition of drug treatment, and has been supervised by Pretrial Services in this District since January 11, 2019. Defendant is alleged to have violated the conditions of his bond by leaving the treatment program. A bench warrant was issued in the District of Montana, and defendant appears before this court pursuant to that warrant.

2. Defendant poses a risk of nonappearance based on lack of cooperation with supervision, substance abuse history, charges pending in other courts, and noncompliance with drug treatment. Defendant poses a risk of danger based on pretrial supervision noncompliance, the nature and circumstances of the alleged violations, criminal history, and substance abuse history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

01     court proceeding; and

02 4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

03     the defendant, to the United States Marshal, and to the United State Probation Services

04     Officer.

05        DATED this <u>8th</u> day of February, 2019.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3